Adam Blair Corren, SBN: 183067
Spencer D. Sinclair, SBN: 294340
LAW OFFICES OF CORREN & CORREN
3425 Brookside Road, Suite B
Stockton, CA 95219
Telephone: (209) 478-2621
Facsimile: (209) 478-3038
acorren@correnlaw.com
ssinclair@correnlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENTON, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BBBB BONDING CORPORATION, CLIFFORD JEFFREY STANLEY, ROBERT HILL-VENN, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-01294-DJC-AC<br><br>**STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)** |

**STIPULATION TO FILE FIRST AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective attorneys of record as follows, pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rules 144, 200 and 220:

1.    The parties agree to allow Plaintiff to file and serve a First Amended Complaint which will be amended to add an Eleventh Cause of Action for Violations of the Labor Code – Private Attorney General Act as the required notice period has now expired.

2.    Plaintiff shall file a First Amended Complaint together with a complete civil cover sheet within 30 days of the date this Order is entered.

3.    The parties agree this stipulation can be executed in one or more parts and by facsimile or electronic copies, each of which shall be deemed an original.

4.    The Answer of Defendants BBBB BONDING CORPORATION, CLIFFORD JEFFREY STANLEY, and ROBERT HILL-VENN shall be deemed the Answer to Plaintiff's First Amended Complaint.

DATED:     June 17, 2024                    LAW OFFICES OF CORREN & CORREN


                                            _____
                                            SPENCER D. SINCLAIR
                                            Attorney for Plaintiff



DATED:     June 17, 2024                    GARRELL COHON KENNEDY LLP


                                            _____
                                            JEFFREY M. COHON
                                            PETER E. GARRELL
                                            Attorneys for Defendants

## **ORDER**

Pursuant to the stipulation of the parties:

Good cause appearing therefore IT IS ORDERED that Plaintiff is permitted to file and serve a First Amended Complaint within 30 days.

DATED:  June 18, 2024

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE