JEFFREY M. COHON, ESQ. (SBN 131431)
PETER E. GARRELL, ESQ. (SBN 155177)
AMIR T. ALAVI, ESQ. (SBN 284085)
**GARRELL COHON KENNEDY LLP**
550 S Hope Street, Suite 460
Los Angeles, CA 90071
Tel: (213) 647-0730 ‖ Fax: (213) 647-0732
Email: jcohon@gckllp.com
       pgarrell@gckllp.com
       aalavi@gckllp.com

Attorneys for Defendants *BBBB Bonding Corporation, Clifford Jeffrey Stanley, and Robert Hill-Venn*

Adam Blair Corren, SBN: 183067
Spencer D. Sinclair, SBN: 294340
LAW OFFICES OF CORREN & CORREN
3425 Brookside Road, Suite B
Stockton, CA 95219
Telephone: (209) 478-2621
Facsimile: (209) 478-3038
acorren@correnlaw.com
ssinclair@correnlaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BENTON, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BBBB BONDING CORPORATION, CLIFFORD JEFFREY STANLEY, ROBERT HILL-VENN, and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 2:24-cv-01294-DC-AC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE JULY 22, 2026 HEARING DATE BY ONE WEEK**<br><br>**Hearing Date:  July 22, 2026**<br>**Time:          10:00 am**<br>**Location:     Courtroom 26, 8th Floor**<br><br>**Judge:  Hon. Dena Coggins**<br>**Magistrate Judge:  Hon. Allison Claire** |

Case No. 2:24-cv-01294-DC-AC

STIPULATION AND [PROPOSED] ORDER CONTINUING THE JULY 22, 2026 HEARING DATE

**STIPULATION TO**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective attorneys of record, as follows:

1.      On June 15, 2026, Defendants filed a Notice of Motion and Motion to Compel Further Responses by Plaintiff which is set for hearing on July 22, 2026. [ECF 41].

2.      Due to Defendants' counsel being engaged in trial preparation and trial through last week, the Joint Statement was provided to Plaintiff's counsel on July 6, 2026.

3.      In order to allow sufficient time for Plaintiff's counsel to review and provide Plaintiff's position, the parties stipulate to continue the hearing currently set for July 22, 2026, at 10:00 a.m., by one week, to July 29, 2026, at 10:00 a.m. to comply with the 14 day requirement by which the joint statement needs to be filed in advance of the hearing.

4.      The parties agree that the continuance of the hearing date shall not be considered cause to continue or alter the class certification briefing schedule, and said schedule shall remain set as previously ordered.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.


DATED: July 9, 2026                    **GARRELL COHON KENNEDY LLP**


                                       By:  */s/ Amir T. Alavi*
                                            JEFFREY M. COHON
                                            PETER E. GARRELL
                                            AMIR T. ALAVI
                                            *Attorneys for Defendants BBBB Bonding Corporation,*
                                            *Clifford Jeffrey Stanley and Robert Hill-Venn*


DATED:  July 9, 2026                   **LAW OFFICES OF CORREN & CORREN**


                                       By: */s/ Spencer D. Sinclair*
                                            SPENCER D. SINCLAIR
                                            Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties:

Good cause appearing therefore IT IS ORDERED that parties' joint stipulation is granted, and the hearing rescheduled as follows:

- The hearing currently set for July 22, 2026, at 10:00 a.m., is continued by one week, to July 29, 2026, at 10:00 a.m.

DATED: July 9, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I, Amir T. Alavi, declare:

3                    Case No. 2:24-cv-01294-DC-AC
STIPULATION AND [PROPOSED] ORDER CONTINUING THE JULY 22, 2026 HEARING DATE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is: 550 S. Hope Street, Suite 460, Los Angeles, California 90071. On July 9, 2026, I served the within document(s):

**( )   OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

**(XX)  ELECTRONIC SERVICE:** All counsel of record through the CM/ECF system if they are registered users, or if they are not, by serving true and correct copy at the address listed below.

*Attorneys for Plaintiff Michael Benton*

**LAW OFFICES OF CORREN & CORREN**
Adam Blair Corren (CSBN 183067)
Spencer D. Sinclair (CSBN294340)
3425 Brookside Road, Suite B
Stockton, California 95219
Tel:  (209) 478-2621
Fax: (209) 478-3038
Email: acorren@correnlaw.com
Email: ssinclair@correnlaw.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 9, 2026 at Los Angeles, California.

_____
Amir T. Alavi

STIPULATION AND [PROPOSED] ORDER CONTINUING THE JULY 22, 2026 HEARING DATE